# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEROLD FREEMAN, KAREN KUO, RAJVEER SACHDEV, PEIHU WANG, and ANDREW WOLFF, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK UNIVERSITY, <br><br> Defendant. | Case No.: 1:21-cv-01029 |

## **DECLARATION OF KEARA M. GORDON**

KEARA M. GORDON declares pursuant to 28 U.S.C. § 1746:

1.      I am a member of the bar of the State of New York and am admitted to the bar of this Court.  I am a partner with the law firm of DLA Piper LLP (US), attorneys for New York University ("NYU").  I have personal knowledge of the facts set forth herein, except where otherwise indicated.  I submit this declaration in support of NYU's Notice of Removal.

2.      On December 15, 2020, counsel for plaintiffs Jenold Freeman, Mu-I "Karen" Kuo, Rajveer Sachdev, Peihu Wang, and Andrew Wolff of the firm Held & Hines, LLP e-mailed NYU's Office of General Counsel's general e-mail "ogcrecordsrequest@nyu.edu" requesting that NYU "confirm receipt of the attached Summons & Complaint and that [NYU] will be accepting service for the same."  A true and correct copy of this e-mail is attached hereto as **Exhibit 1**.  NYU did not confirm receipt or accept the plaintiffs' attempted service of the Summons and Complaint at that time and later made clear that it did not consider the e-mail to be proper service.

1

3.      On January 4, 2021, the plaintiffs' counsel's Assistant Office Manager again e-mailed ogcrecordsrequest@nyu.edu to follow up on the December 15 e-mail and to ask NYU to confirm receipt.  A true and correct copy of this e-mail is attached hereto as **Exhibit 2**.

4.      On January 5, 2021, I e-mailed the plaintiffs' counsel explaining that their prior e-mail did not properly effect service as required by N.Y. CPLR § 311 but stating that NYU would be willing to discuss accepting service in exchange for an agreement as to the date by which NYU would answer, move, or otherwise respond to the Complaint and suggesting a 60-day period for NYU's response.  On January 7, 2021, the plaintiffs' counsel responded, stating they were willing to enter into such an agreement and requesting that NYU draft a formal stipulation to that effect. On January 12, 2021, I responded suggesting that the parties memorialize their agreement by e-mail.  A true and correct copy of this e-mail exchange is attached hereto as **Exhibit 3.**

5.      On January 25, 2021, the plaintiffs' counsel responded stating he had no issue with the proposal but would only agree if NYU would agree to waive its defenses as to personal jurisdiction.  (Ex. 3).  That same day, I responded that NYU will not agree to waive any applicable defense, including lack of personal jurisdiction, and that if the plaintiffs' counsel insisted on that condition, NYU would insist that the plaintiffs formally serve the complaint in accordance with the CPLR.  (Ex. 3).

6.      On January 28, 2021, the plaintiffs' counsel's Assistant Office Manager e-mailed counsel for NYU both an affidavit of service and an affidavit of attempted service.  A true and correct copy of this e-mail with the attachments is attached hereto as **Exhibit 4**.

7.      The affidavit of attempted service asserts that the plaintiffs' counsel attempted personal service on NYU on January 20, 2021 – thirteen days after the plaintiffs' counsel agreed to NYU's proposal that it would accept service subject to reaching a mutually-agreed upon date

for NYU to answer, move, or otherwise respond and five days before the plaintiffs' counsel once again corresponded regarding such an agreement.  (Exs. 3, 4).

8.      The affidavit of attempted service states that on January 20, 2021, an unnamed unspecified security officer informed the plaintiffs' process server that the legal department was working remotely and he suggested that the process server send process by e-mail to NYU and that, if he did so, NYU would accept it.  (Ex. 4).  Subsequent to January 20, 2021, the plaintiffs' counsel did not send process by e-mail to NYU, and NYU has not accepted any e-mail service.

9.      On February 2, 2021, I again e-mailed the plaintiffs' counsel to inform them NYU had not yet been properly served and to once again reiterate NYU's willingness to accept service by e-mail in exchange for a stipulated date for NYU to answer, move, or otherwise respond to the Complaint.  A true and correct copy of this e-mail is attached hereto as **Exhibit 5**.  This afternoon, the plaintiffs' counsel responded with a proposed stipulation suggesting that the parties agree that NYU's date to answer, move, or otherwise respond be set at April 2, 2021 but not explaining why they believe service was proper, or when they claim it was effective.  A true and correct copy of this e-mail is attached hereto as **Exhibit 6**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 4, 2021
     New York, New York                    /s/ *Keara M. Gordon*
                                          Keara M. Gordon

# Exhibit 1

From: **David Squeo** <dsqueo@heldhines.com>
Date: Tue, Dec 15, 2020 at 4:43 PM
Subject: Service
To: <ogcrecordsrequest@nyu.edu>
Cc: Marc Held <mheld@heldhines.com>


Good Afternoon,


Please confirm receipt of the attached Summons & Complaint and that you will be accepting service for the same.


Thank you.


--

Regards,


David Squeo

Assistant Office Manager


Held & Hines, LLP
2004 Ralph Avenue
Brooklyn, NY 11234
P 718-531-9700  F 718-444-5768

Held & Hines, LLP
370 Lexington Avenue, Ste. 800
New York, NY 10017
P 212-696-4529

# Exhibit 2

---------- Forwarded message ---------
From: **David Squeo** <dsqueo@heldhines.com>
Date: Mon, Jan 4, 2021, 5:21 PM
Subject: Re: Service
To: <ogcrecordsrequest@nyu.edu>

Good Afternoon,

Please confirm receipt of my prior email.

Thank you.

On Tue, Dec 15, 2020 at 4:43 PM David Squeo <dsqueo@heldhines.com> wrote:

> Good Afternoon,
>
> Please confirm receipt of the attached Summons & Complaint and that you will be accepting service for the same.
>
> Thank you.
>
>
> --
> Regards,
>
> David Squeo
> Assistant Office Manager
>
> Held & Hines, LLP
> 2004 Ralph Avenue
> Brooklyn, NY 11234
> P 718-531-9700  F 718-444-5768
>
> Held & Hines, LLP
> 370 Lexington Avenue, Ste. 800
> New York, NY 10017
> P 212-696-4529

# Exhibit 3

**Kessler, Rachael**

| | |
|---|---|
| **From:** | Gordon, Keara |
| **Sent:** | Monday, January 25, 2021 1:31 PM |
| **To:** | Marc Held |
| **Cc:** | Gulliver, Colleen Carey; Kessler, Rachael |
| **Subject:** | RE: NYU/Freeman: Complaint |

Marc,

NYU will not agree to waive any applicable defense, including lack of personal jurisdiction.  We would like to come to an agreement whereby we accept service and set an agreed response date, but we will not waive defenses to do so.  If you insist on this condition (which we consider to be unreasonable), then NYU will insist that you formally serve the complaint in accordance with the CPLR and NYU will respond accordingly.

Let us know how you would like to proceed.

Keara

## Keara M. Gordon
Partner

T  +1 212 335 4632
F  +1 212 884 8632
M  +1 914 380 0125
keara.gordon@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** Marc Held <mheld@heldhines.com>
**Sent:** Monday, January 25, 2021 8:00 AM
**To:** Gordon, Keara <keara.gordon@us.dlapiper.com>
**Cc:** Gulliver, Colleen Carey <Colleen.Gulliver@us.dlapiper.com>; Kessler, Rachael <rachael.kessler@us.dlapiper.com>
**Subject:** Re: NYU/Freeman: Complaint

**[EXTERNAL]**

Keara:

I do not have any issues with your proposal so far as NYU is waiving the defense of personal jurisdiction.

Please confirm.

Regards,
Marc Held

On Tue, Jan 12, 2021 at 11:08 AM Gordon, Keara <keara.gordon@dlapiper.com> wrote:

Hi Marc,

Do you think that a formal stipulation is necessary?  Can't we just agree via e-mail?

What I would propose is that we agree, via e-mail, that NYU will accept service – expressly reserving all rights and not waiving any defenses – as of today and that the date by which NYU will answer, move, or otherwise respond will be on or before 60 days from today (which is March 13).

Do you agree?  If so, then you can just file an affidavit of service that informs the court of our agreement.

Thanks,

Keara


## Keara M. Gordon
Partner

T  +1 212 335 4632
F  +1 212 884 8632
M  +1 914 380 0125

keara.gordon@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com


**From:** Marc Held <mheld@heldhines.com>
**Sent:** Monday, January 11, 2021 11:56 AM
**To:** Gordon, Keara <keara.gordon@us.dlapiper.com>
**Cc:** Gulliver, Colleen Carey <Colleen.Gulliver@us.dlapiper.com>; Kessler, Rachael <rachael.kessler@us.dlapiper.com>
**Subject:** Re: NYU/Freeman: Complaint


**[EXTERNAL]**

---

Keara:


Please advise as to when I should expect a draft of the stipulation.


Regards,

Marc Held


On Thu, Jan 7, 2021 at 1:04 PM Marc Held <mheld@heldhines.com> wrote:

Keara:

While I disagree with your comments concerning proper service, I am happy to enter into a stipulation.

Please send me a proposed stipulation for my review.

Regards,

Marc Held

On Tue, Jan 5, 2021 at 12:48 PM Gordon, Keara <[keara.gordon@dlapiper.com](mailto:keara.gordon@dlapiper.com)> wrote:

> Marc,
>
> DLA Piper will be representing NYU in connection with the *Freeman* case that you have filed.  I understand that you e-mailed NYU regarding this case.  As you know, e-mail is not a proper service method under the CPLR and, as such, the e-mail did not suffice to effect service.
>
> We are willing to discuss accepting service on NYU's behalf in exchange for a mutually agreed date on which NYU will answer, move, or otherwise respond.  We propose 60 days from the date on which NYU accepts service.  Please let us know if you agree to this schedule.
>
> NYU reserves all rights.
>
> Thank you,
>
> Keara
>
> **Keara M. Gordon**
> Co-Chair, Class Action Practice Group
>
> Partner
>
> T  +1 212 335 4632          **DLA Piper LLP (US)**
> F  +1 212 884 8632          1251 Avenue of the Americas
> M +1 914 380 0125          27th Floor
> [keara.gordon@us.dlapiper.com](mailto:keara.gordon@us.dlapiper.com)          New York, NY  10020-1104
>
>      dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--

Marc Held Esq.,

Held & Hines LLP

370 Lexington Avenue

Suite#800

New York, New York 10017

Tel: (212) 696-4LAW

Tel: (212) 696-4529

Email: mheld@heldhines.com

Mail to:

Held & Hines LLP

2004 Ralph Avenue

Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--

Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue

Suite#800

New York, New York 10017

Tel: (212) 696-4LAW

Tel: (212) 696-4529

Email: mheld@heldhines.com

Mail to:

Held & Hines LLP

2004 Ralph Avenue

Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--
Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue
Suite#800
New York, New York 10017
Tel: (212) 696-4LAW
Tel: (212) 696-4529
Email: mheld@heldhines.com

Mail to:
Held & Hines LLP
2004 Ralph Avenue
Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

# Exhibit 4

## Kessler, Rachael

| | |
|---|---|
| **From:** | David Squeo <dsqueo@heldhines.com> |
| **Sent:** | Thursday, January 28, 2021 3:27 PM |
| **To:** | Marc Held |
| **Cc:** | Gordon, Keara; Gulliver, Colleen Carey; Kessler, Rachael |
| **Subject:** | Re: NYU/Freeman: Complaint |
| **Attachments:** | Affidavits of Service (1).pdf |

**[EXTERNAL]**

Keara,

Hope all is well. Please advise when we should expect to receive your answer.

Thank you.

On Mon, Jan 11, 2021 at 11:56 AM Marc Held <mheld@heldhines.com> wrote:
> Keara:
>
> Please advise as to when I should expect a draft of the stipulation.
>
> Regards,
> Marc Held
>
> On Thu, Jan 7, 2021 at 1:04 PM Marc Held <mheld@heldhines.com> wrote:
> > Keara:
> >
> > While I disagree with your comments concerning proper service, I am happy to enter into a stipulation.
> >
> > Please send me a proposed stipulation for my review.
> >
> > Regards,
> > Marc Held
> >
> > On Tue, Jan 5, 2021 at 12:48 PM Gordon, Keara <keara.gordon@dlapiper.com> wrote:
> > > Marc,
> > >
> > > DLA Piper will be representing NYU in connection with the *Freeman* case that you have filed.  I understand that you e-mailed NYU regarding this case.  As you know, e-mail is not a proper service method under the CPLR and, as such, the e-mail did not suffice to effect service.
> > >
> > > We are willing to discuss accepting service on NYU's behalf in exchange for a mutually agreed date on which NYU will answer, move, or otherwise respond.  We propose 60 days from the date on which NYU accepts service.  Please let us know if you agree to this schedule.
> > >
> > > NYU reserves all rights.

Thank you,

Keara

## Keara M. Gordon
Co-Chair, Class Action Practice Group

Partner

T   +1 212 335 4632          **DLA Piper LLP (US)**
F   +1 212 884 8632          1251 Avenue of the Americas
M  +1 914 380 0125          27th Floor
keara.gordon@us.dlapiper.com          New York, NY  10020-1104

          dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--
Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue
Suite#800
New York, New York 10017
Tel: (212) 696-4LAW
Tel: (212) 696-4529
Email: mheld@heldhines.com

Mail to:
Held & Hines LLP
2004 Ralph Avenue
Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--
Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue
Suite#800
New York, New York 10017
Tel: (212) 696-4LAW

Tel: (212) 696-4529
Email: mheld@heldhines.com

Mail to:
Held & Hines LLP
2004 Ralph Avenue
Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--
Regards,

David Squeo
Assistant Office Manager

Held & Hines, LLP
2004 Ralph Avenue
Brooklyn, NY 11234
P 718-531-9700  F 718-444-5768

Held & Hines, LLP
370 Lexington Avenue, Ste. 800
New York, NY 10017
P 212-696-4529




# NYSCEF - New York County Supreme Court
# Confirmation Notice

The NYSCEF website has received an electronic filing on 01/28/2021 02:58 PM. Please keep this notice as a confirmation of this filing.

**160861/2020**
**Jerold Freeman et al v. NEW YORK UNIVERSITY**
**Assigned Judge: None Recorded**

## Documents Received on   01/28/2021 02:58 PM

| Doc # | Document Type |
| --- | --- |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE |
|  | Affidavit of Attempted Service |

## Filing User

Philip M Hines | phines@heldhines.com | 718-531-9700
2004 Ralph Avenue, Brooklyn, NY 11234

## E-mail Notifications

An email regarding this filing has been sent to the following on 01/28/2021 02:58 PM:

**PHILIP M. HINES - phines@heldhines.com**

## Email Notifications NOT Sent

| Role | Party | Attorney |
| --- | --- | --- |
| Respondent | NEW YORK UNIVERSITY | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956      Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X
JEROLD FREEMAN, KAREN KUO, RAJVEER
SACHDEV, PEIHU WANG AND ANDREW WOLFF,
on their own behalf, and on behalf of those similarly
situated,

Index No.: 160861/2020

                 Plaintiffs,

**AFFIDAVIT OF
SERVICE**

     -against-

NEW YORK UNIVERSITY,

                 Defendants.
--------------------------------------------------------------------X

*State of New York*
                } *ss.:*
*County of Brooklyn*

     I, **DAVID SQUEO**, having been duly sworn, deposes and says under penalty of perjury:

     I am over 18 years of age and not a party to this action. I am an employee of the firm of **HELD & HINES, L.L.P.,** and my business address is 2004 Ralph Avenue, Brooklyn, New York 11234.

     On December 15, 2020, at approximately 4:43 p.m. I served the Summons & Verified Complaint upon defendant New York University by sending an electronic mail to said defendant to ogcrecordsrequest@nyu.edu, the email address designated by said defendant to accept service during the COVID-19 pandemic, this was confirmed by "John Doe" security officer when personal service was then attempted on January 20, 2021. Said officer advised that the office that accepts legal process is operating remotely due to the COVID-19 pandemic and any process is to be emailed to ogcrecordsrequest@nyu.edu and will be accepted. A follow up email was also sent on January 4, 2021 at approximately 5:21 PM.

Dated: Brooklyn, New York
      January 28, 2021

                                    **DAVID SQUEO**

Sworn to before me this
28th day of January 2021

**NOTARY PUBLIC**

Edward S. Miller
Notary Public, State of New York
No. 02MI4787199
Qualified in Nassau County
Commission Expires May 31 *2023*

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE



P4172722

**HELD & HINES, LLP**    HELD & HINES, LLP
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

---

JEROLD FREEMAN, ETAL

                                                    PLAINTIFF
                              - vs -

NEW YORK UNIVERSITY

                                                    DEFENDANT

---

index No. **160861/2020**
Date Filed
Office No.
Court Date.

        STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York.
**That on**
**01/20/2021, 12:43PM**

deponent attempted to make personal service of a true copy of the **SUMMONS AND VERIFIED
COMPLAINT** in the above entitled action upon
**NEW YORK UNIVERSITY the DEFENDANT at**
**70 WASHINGTON SQUARE SOUTH**
**NEW YORK NY 10012**
and was unable to do so.

**DEPONENT ATTEMPTED TO SERVE THE DEFENDANT AT THE ADDRESS OF 70 WASHINGTON SQUARE SOUTH, , NEW
YORK, NY 10012 . DEPONENT WAS ADVISED EVERYONE IS WORKING FROM HOME DUE TO THE PANDEMIC.
DEPONENT WAS PROVIDED WITH AN EMAIL TO SEND DOCUMENTS TO, OGCRECORDSREQUEST@NYU.EDU.**

Sworn to before me this
28TH day of JANUARY, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS/ 2082379
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-HHLLP-4172722

**2a**

# Exhibit 5

**Kessler, Rachael**

| | |
|---|---|
| **From:** | Gordon, Keara |
| **Sent:** | Tuesday, February 2, 2021 11:58 AM |
| **To:** | David Squeo; Marc Held |
| **Cc:** | Gulliver, Colleen Carey; Kessler, Rachael |
| **Subject:** | RE: NYU/Freeman: Complaint |

Marc and David,

Thank you David for your e-mail.  It is unclear to us, after reviewing the affidavit of attempted service and your affidavit of purported service, exactly when it is that you claim you effected service.  It appears to us that, in fact, the plaintiffs still have not effected service properly under the CPLR.

Regardless, and reserving all rights given that NYU continues to believe that it has not been properly served pursuant to the CPLR, it seems to us that debating this issue further is not the optimal use of judicial resources and those of the parties.  As a result, we again reiterate that NYU is happy to accept service and work with you on an acceptable schedule for NYU's motion to dismiss and a briefing schedule on that motion.

Please let me know today whether we can agree that NYU will accept service as of today, and that NYU's motion to dismiss will be due 60 days from today.

Thank you.
Keara

Keara M. Gordon
Partner

T  +1 212 335 4632
F  +1 212 884 8632
M  +1 914 380 0125
keara.gordon@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** David Squeo <dsqueo@heldhines.com>
**Sent:** Thursday, January 28, 2021 3:27 PM
**To:** Marc Held <mheld@heldhines.com>
**Cc:** Gordon, Keara <keara.gordon@us.dlapiper.com>; Gulliver, Colleen Carey <Colleen.Gulliver@us.dlapiper.com>; Kessler, Rachael <rachael.kessler@us.dlapiper.com>
**Subject:** Re: NYU/Freeman: Complaint

**[EXTERNAL]**

Keara,

Hope all is well. Please advise when we should expect to receive your answer.

Thank you.

On Mon, Jan 11, 2021 at 11:56 AM Marc Held <mheld@heldhines.com> wrote:

> Keara:
>
> Please advise as to when I should expect a draft of the stipulation.
>
> Regards,
> Marc Held

On Thu, Jan 7, 2021 at 1:04 PM Marc Held <mheld@heldhines.com> wrote:

> Keara:
>
> While I disagree with your comments concerning proper service, I am happy to enter into a stipulation.
>
> Please send me a proposed stipulation for my review.
>
> Regards,
> Marc Held

On Tue, Jan 5, 2021 at 12:48 PM Gordon, Keara <keara.gordon@dlapiper.com> wrote:

>> Marc,
>>
>> DLA Piper will be representing NYU in connection with the *Freeman* case that you have filed.  I understand that you e-mailed NYU regarding this case.  As you know, e-mail is not a proper service method under the CPLR and, as such, the e-mail did not suffice to effect service.
>>
>> We are willing to discuss accepting service on NYU's behalf in exchange for a mutually agreed date on which NYU will answer, move, or otherwise respond.  We propose 60 days from the date on which NYU accepts service.  Please let us know if you agree to this schedule.
>>
>> NYU reserves all rights.
>>
>> Thank you,
>>
>> Keara
>>
>> **Keara M. Gordon**
>> Co-Chair, Class Action Practice Group
>>
>> Partner
>>
>> T   +1 212 335 4632
>> F   +1 212 884 8632
>> M  +1 914 380 0125
>> keara.gordon@us.dlapiper.com
>>
>> DLA Piper LLP (US)
>> 1251 Avenue of the Americas
>> 27th Floor
>> New York, NY  10020-1104
>>
>> 
>>
>> dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--
Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue
Suite#800
New York, New York 10017
Tel: (212) 696-4LAW
Tel: (212) 696-4529
Email: mheld@heldhines.com

Mail to:
Held & Hines LLP
2004 Ralph Avenue
Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--
Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue
Suite#800
New York, New York 10017
Tel: (212) 696-4LAW
Tel: (212) 696-4529
Email: mheld@heldhines.com

Mail to:
Held & Hines LLP
2004 Ralph Avenue
Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--
Regards,

David Squeo
Assistant Office Manager


Held & Hines, LLP
2004 Ralph Avenue
Brooklyn, NY 11234
P 718-531-9700  F 718-444-5768

Held & Hines, LLP
370 Lexington Avenue, Ste. 800
New York, NY 10017
P 212-696-4529

# Exhibit 6

**From:** David Squeo <dsqueo@heldhines.com>
**Sent:** Thursday, February 4, 2021 2:56 PM
**To:** Gordon, Keara <keara.gordon@us.dlapiper.com>
**Cc:** Marc Held <mheld@heldhines.com>
**Subject:** Re: NYU/Freeman: Complaint

**[EXTERNAL]**

Good Afternoon,

Please see the attached proposed stipulation.

Thank you.

On Tue, Feb 2, 2021 at 11:57 AM Gordon, Keara <keara.gordon@dlapiper.com> wrote:

> Marc and David,
>
>
> Thank you David for your e-mail.  It is unclear to us, after reviewing the affidavit of attempted service and your affidavit of purported service, exactly when it is that you claim you effected service.  It appears to us that, in fact, the plaintiffs still have not effected service properly under the CPLR.
>
>
> Regardless, and reserving all rights given that NYU continues to believe that it has not been properly served pursuant to the CPLR, it seems to us that debating this issue further is not the optimal use of judicial resources and those of the parties.  As a result, we again reiterate that NYU is happy to accept service and work with you on an acceptable schedule for NYU's motion to dismiss and a briefing schedule on that motion.

Please let me know today whether we can agree that NYU will accept service as of today, and that NYU's motion to dismiss will be due 60 days from today.

Thank you.

Keara

## Keara M. Gordon
Partner

T  +1 212 335 4632
F  +1 212 884 8632
M  +1 914 380 0125
keara.gordon@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** David Squeo <dsqueo@heldhines.com>
**Sent:** Thursday, January 28, 2021 3:27 PM
**To:** Marc Held <mheld@heldhines.com>
**Cc:** Gordon, Keara <keara.gordon@us.dlapiper.com>; Gulliver, Colleen Carey <Colleen.Gulliver@us.dlapiper.com>; Kessler, Rachael <rachael.kessler@us.dlapiper.com>
**Subject:** Re: NYU/Freeman: Complaint

**[EXTERNAL]**

Keara,

Hope all is well. Please advise when we should expect to receive your answer.

Thank you.

On Mon, Jan 11, 2021 at 11:56 AM Marc Held <mheld@heldhines.com> wrote:

Keara:

Please advise as to when I should expect a draft of the stipulation.

Regards,

Marc Held

On Thu, Jan 7, 2021 at 1:04 PM Marc Held <mheld@heldhines.com> wrote:

Keara:

While I disagree with your comments concerning proper service, I am happy to enter into a stipulation.

Please send me a proposed stipulation for my review.

Regards,

Marc Held

On Tue, Jan 5, 2021 at 12:48 PM Gordon, Keara <keara.gordon@dlapiper.com> wrote:

Marc,

DLA Piper will be representing NYU in connection with the *Freeman* case that you have filed.  I understand that you e-mailed NYU regarding this case.  As you know, e-mail is not a proper service method under the CPLR and, as such, the e-mail did not suffice to effect service.

We are willing to discuss accepting service on NYU's behalf in exchange for a mutually agreed date on which NYU will answer, move, or otherwise respond.  We propose 60 days from the date on which NYU accepts service.  Please let us know if you agree to this schedule.

NYU reserves all rights.

Thank you,

Keara

### Keara M. Gordon
Co-Chair, Class Action Practice Group

Partner

T   +1 212 335 4632        **DLA Piper LLP (US)**
F   +1 212 884 8632        1251 Avenue of the Americas
M  +1 914 380 0125         27th Floor
keara.gordon@us.dlapiper.com   New York, NY  10020-1104


DLA PIPER                    dlapiper.com


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--

Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue

Suite#800

New York, New York 10017

Tel: (212) 696-4LAW

Tel: (212) 696-4529

Email: mheld@heldhines.com


Mail to:

Held & Hines LLP

2004 Ralph Avenue

Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--

Marc Held Esq.,
Held & Hines LLP
370 Lexington Avenue

Suite#800

New York, New York 10017

Tel: (212) 696-4LAW

Tel: (212) 696-4529

Email: mheld@heldhines.com

Mail to:

Held & Hines LLP

2004 Ralph Avenue

Brooklyn, N.Y. 11234
Tel:  (718) 531-9700
Fax: (718) 444-5768

--

Regards,

David Squeo

Assistant Office Manager


Held & Hines, LLP
2004 Ralph Avenue
Brooklyn, NY 11234
P 718-531-9700  F 718-444-5768

Held & Hines, LLP
370 Lexington Avenue, Ste. 800
New York, NY 10017
P 212-696-4529

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


--
Regards,

David Squeo
Assistant Office Manager

Held & Hines, LLP
2004 Ralph Avenue
Brooklyn, NY 11234
P 718-531-9700  F 718-444-5768

Held & Hines, LLP
370 Lexington Avenue, Ste. 800
New York, NY 10017
P 212-696-4529

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
JEROLD FREEMAN,
KAREN KUO, RAJVEER SACHDEV
PEIHU WANG and ANDREW WOLFF,                          Index No. 160861/2020

               Plaintiffs,                          **STIPULATION
                                                                     EXTENDING
                                                                     TIME TO ANSWER**

          -against-

NEW YORK UNIVERSITY,

          Defendant.
-------------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** that the defendants accept
personal service of the summons and complaint which was served by email.

     **IT IS HEREBY STIPULATED AND AGREED** that the defendants' time to
move to dismiss is extended until April 2, 2021, the plaintiff's opposition papers are due
on May 3, 2021 and the defendants reply papers are due on May 10, 2021.

     This stipulation may be signed in Counterparts and a faxed signed copy of same
shall be deemed an original.


Dated: Brooklyn, New York
       February 4, 2021



     */s/ Marc Held*
MARC HELD, ESQ.                                      KEARA M. GORDON, ESQ.
HELD& HINES, LLP                                     DLA Piper
*Attorneys for Plaintiff*'s                          *Attorneys for Defendants*
2004 Ralph Avenue                                    1251 Avenue of the Americas
Brooklyn, New York 11234                             New York, New York 1002
(718) 531-9700 (phone)                               (212) 335 4632 (phone)
(718) 444-5768 (fax)                                 (718) 444-5768 (fax)