UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JEROLD FREEMAN, KAREN KUO, RAJVEER
SACHDEV, PEIHU WANG, and ANDREW
WOLFF, *on their own behalf and on behalf of those
similarly situated*,

                 Plaintiff,

-against-

NEW YORK UNIVERSITY,

                 Defendant.

------------------------------------- x

ORDER

21 Civ. 1029 (GBD)

GEORGE B. DANIELS, District Judge:

    The April 8, 2021 initial conference is adjourned to June 24, 2021 at 9:30 a.m.

Dated: March 22, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE