UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
JEROLD FREEMAN, KAREN KUO, RAJVEER :
SACHDEV, PEIHU WANG, and ANDREW :
WOLFF, *on their own behalf and on behalf of those* :     ORDER
*similarly situated*, :
                          Plaintiff, :     21 Civ. 1029 (GBD)
:
   -against- :
:
NEW YORK UNIVERSITY, :
:
                         Defendant. :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from September 21, 2021 to November 16, 2021 at 9:30 a.m.

Dated: August 30, 2021
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE