**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
JEROLD FREEMAN, KAREN KUO,
RAJVEER SACHDEV, PEIHU WANG, and
ANDREW WOLFF, on their own and on
behalf of those similarly situated,

                    Plaintiffs,                  21 **CIVIL** 1029 (GBD)

        -against-                            **JUDGMENT**

NEW YORK UNIVERSITY,

                     Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2022, Defendant's motion to dismiss is granted.

**Dated:** New York, New York
          February 14, 2022

                                                      RUBY J. KRAJICK
                                                _____
                                                     Clerk of Court
                                      BY:
                                                     Deputy Clerk